**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BRYNN WAYNE GRIFFIN, | : | No. 42 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| ALLEGHENY COUNTY, ET AL., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for Leave to File a Reply are DENIED.